The decision and order of this Court entered herein on December 31, 2013 (112 AD3d 549 [1st Dept 2013]) is hereby recalled and vacated (see 2014 NY Slip Op 67576[U] [2014] [decided simultaneously herewith]).

■ MICHAEL OLSEN, Plaintiff, v CITY OF NEW YORK et al., Respondents, and SKANSKA USA BUILDING, INC., Appellant, et al., Defendants. (And a Third-Party Action.) MICHAEL OLSEN, Respondent-Appellant, v HUDSON RIVER PARK TRUST et al., Appellants-Respondents, and THE MCKISSACK GROUP, INC., Respondent, et al., Defendant. SKANSKA USA BUILDING, INC., Third-Party Plaintiff-Appellant-Respondent, v SPEARIN PRESTON & BURROWS, INC., Third-Party Defendant-Respondent-Appellant. [982 NYS2d 757]—Appeals and cross appeals having been taken to this Court by the above-named appellants from orders of the Supreme Court, New York County (Jeffrey Oing, J.), entered on or about September 24, 2012 and April 15, 2013, and said appeals and cross appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto filed March 6, 2014 and March 11, 2014, it is unanimously ordered that said appeals and cross appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Friedman, Renwick, Feinman and Clark, JJ.